# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**W.H.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, GUARDIAN AD LITEM**
and **FOSTER CHILDREN'S PROJECT,**
Appellee.

No. 4D19-2395

[February 6, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John A. Frusciante, Senior Judge; L.T. Case No. 50-2017-DP-000493.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for appellee, Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Samantha C. Valley, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee, for appellee, Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***